No. 92–6122. WHITE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6123. CARTER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6124. FORERO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6127. HENDERSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6131. DONAHUE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–6134. SHEROD *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–6143. LUCUMI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6146. BLEVINS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6147. HARRIS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–6149. COOPER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6150. JOHNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6151. SENTIBANEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6163. HALL *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–6174. MUNGUIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6181. TEMPLEMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.